UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MANUEL GOMEZ, III,

Plaintiff,

v.

SARA LEE BAKERY GROUP, INC.,

Defendant.

CIVIL NO. SA-04-CA-559-OG

## ORDER

Came on this day to be considered the status of this case. The parties have informed the Court that the parties have settled the case in mediation. All pretrial deadlines, except that for filing pretrial submissions in advance of the bench trial, have expired.

Upon consideration thereof,

**IT IS ORDERED** that :

(a) the **bench** trial setting of July 18, 2005 at 9:30 a.m. (see docket no. 9 at 2) is hereby **VACATED**;

(b) the parties shall submit their stipulation of dismissal in light of their final settlement within **thirty (30) days** of the date of this Order; and

(c) all matters referred to the undersigned having been addressed, this case is **RETURNED** to the District Judge.

ORDERED, SIGNED AND ENTERED this ___ day of May, 2005.

Pamela Mathy
United States Magistrate Judge